165 So. 918

**Lee JACKSON v. STATE.**

**8 Div. 177.**

Court of Appeals of Alabama.
Feb. 4, 1936.

RICE, Judge.
Appeal dismissed.

171 So. 923

**John R. JACKSON v. STATE.**

**4 Div. 294.**

Court of Appeals of Alabama.
Dec. 15, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

173 So. 920

**Norman (alias Noen) JACKSON v. STATE.**

**4 Div. 302.**

Court of Appeals of Alabama.
April 6, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

173 So. 920

**Jesse JACO v. STATE.**

**8 Div. 399.**

Court of Appeals of Alabama.
March 2, 1937.

BRICKEN, Presiding Judge.
Affirmed.

173 So. 920

**Hub JACOBS v. STATE.**

**4 Div. 324.**

Court of Appeals of Alabama.
April 6, 1937.

SAMFORD, Judge.
Affirmed.

174 So. 901

**JEFFERSON COUNTY v. Charles C. CAPANES (Court House Grill).**

**6 Div. 118.**

Court of Appeals of Alabama.
May 27, 1937.

Ernest Matthews, of Birmingham, for appellant.

Robt. W. Smith, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

164 So. 919

**Leroy JERNIGAN v. STATE.**

**4 Div. 218.**

Court of Appeals of Alabama.
Nov. 12, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.